1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BENJAMIN LITTLEJOHN, JR.,

11            Plaintiff,                    No. CIV S-09-0773 JAM EFB P

12        vs.

13   CLANTON, et al.,

14            Defendants.                   ORDER

15   _____/

16        Plaintiff is a county prisoner proceeding without counsel and *in forma pauperis* in an

17   action brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule

18   72-302 pursuant to 28 U.S.C. § 636(b)(1).  Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must

19   pay the $350 filing fee required by 28 U.S.C. § 1914(a).  No initial payment has been assessed.

20   However, plaintiff must make monthly payments of 20 percent of the preceding month's income

21   credited to his trust account.  28 U.S.C. § 1915(b)(2).  The agency having custody of plaintiff is

22   required to forward payments from plaintiff's account to the Clerk of the Court each time the

23   amount in the account exceeds $10 until the filing fee is paid.

24   ////

25   ////

26   ////

1

1       The Clerk of the Court shall serve a copy of this order and a copy of plaintiff's *in forma*

2 *pauperis* application upon the Office of the Sacramento County Sheriff and deliver a copy of this

3 order to the Clerk's financial division.

4       So ordered.

5 Dated:   September 23, 2009.

                                  EDMUND F. BRENNAN

6                                   UNITED STATES MAGISTRATE JUDGE