IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN LITTLEJOHN, JR.,

    Plaintiff,                        No. CIV S-09-0773 JAM EFB P

    vs.

CLANTON, et al.,

    Defendants.              FINDINGS AND RECOMMENDATIONS

                               /

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On September 23, 2009, the court found that the complaint stated a cognizable claim as to defendant Clanton but not as to any other defendant. The court gave plaintiff 20 days to submit materials for service of process on defendant Clanton, or, alternatively, 30 days to file an amended complaint to attempt to state cognizable claims against additional defendants.

The times for acting have passed and plaintiff has not submitted the materials necessary to serve process, nor has he filed an amended complaint or otherwise responded to the September 23, 2009, order.[1]

////

---

[1] Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

1    Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without
2 prejudice. *See* Fed. R. Civ. P. 41(b).
3    These findings and recommendations are submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 21 days after
5 being served with these findings and recommendations, any party may file written objections
6 with the court and serve a copy on all parties.  Such a document should be captioned "Objections
7 to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the
8 specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158
9 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
10 DATED: December 4, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE